CLERK'S OFFICE U.S. DIST. COURT
AT BIG STONE GAP, VA
FILED

NOV 2 9 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

WILLIAM B. TURNER,                          )
                                            )
                                            )    Case No. 2:10CV00002
            Plaintiff,                      )
                                            )
                                            )    **FINAL JUDGMENT**
v.                                          )
                                            )    By:  James P. Jones
COMMISSIONER OF SOCIALSECURITY,             )    United States District Judge
                                            )
            Defendant.                      )

Based upon the court's de novo review of those portions of the magistrate judge's

report and recommendations to which the plaintiff objected, it is **ADJUDGED AND**

**ORDERED** as follows:

1.    The plaintiff's objections are overruled;

2.    The magistrate judge's report and recommendations are accepted;

3.    The motion for summary judgment by the Commissioner of Social Security

("Commissioner") is granted;

4.    The final decision of the Commissioner is **affirmed**; and

5.    The clerk is directed to close the case.

ENTER:    November 29, 2010

United States District Judge